IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID PAYET,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.
_____/

Case No. 5D22-1080
LT Case Nos. 2018-CF-036581
             2018-CF-036781-A
             2018-CF-029819

Decision filed October 11, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

David Payet, Cocoa, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.